RECEIVED
IN LAKE CHARLES, LA.

OCT 21 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WAYNE VINSON, | * | CIVIL ACTION NO. 2:13-cv-1534 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| C. MAIORANA, | * | |
| Defendant. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed here, after an independent review of the record and the petitioner's Objections [Doc. 14], a *de novo* determination of the issues, having determined that the findings are correct under applicable law, and for the reasons provided in the accompanying memorandum ruling,

**IT IS ORDERED** that the petition for writ of *habeas corpus* [Doc. 1], as amended by the subsequent petitions for writ of *habeas corpus* [Docs. 5, 8, 10 & 12], be and hereby is **DISMISSED, WITH PREJUDICE,** as to the jurisdiction issue only.

**IT IS FURTHER ORDERED** that all other issues arising under the petition for writ of *habeas corpus* [Doc. 1], as amended by the subsequent petitions for writ of *habeas corpus* [Docs. 5, 8, 10 & 12], be and hereby are **DISMISSED, WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 20 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE